Morris M. Levine, Respondent, v. Norton S. Putter, Defendant, and Albert M. Michaelis, Appellant.— Judgment and order affirmed, with costs. (See Niles v. New York Central & H. R. R. R. Co., 176 N. Y. 119.) All concur. (Appeal from a judgment for plaintiff in an action on a promissory note. The order granted plaintiff's motion to strike out defendant-appellant's answer and counterclaim and for summary judgment.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See 282 App. Div. 829.]

■

In the Matter of the Accounting of Security Trust Company of Rochester, as Trustee under a Trust Indenture Made by Bertha Eldridge. Lucia B. Lograsso, Appellant; James H. Gooney et al., Respondents.— Order insofar as appealed from affirmed, with costs. All concur. (Appeal from part of an order settling the accounts of a trustee, dismissing the objections, and construing a trust indenture.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

The People of the State of New York ex rel. Howard Prosser, Respondent, against Walter B. Martin, as Warden of Attica State Prison, Appellant. The People of the State of New York, Appellant.— Order affirmed, without costs of this appeal to either party. (See People ex rel. Carollo v. Brophy, 294 N. Y. 540; People ex rel. Kondrk v. Foster, 299 N. Y. 329; People ex rel. Aiello v. Snyder, 184 Misc. 216; People ex rel. Aiello v. Snyder, 57 N. Y. S. 2d 431.) All concur. (Appeals from an order sustaining a writ of habeas corpus in the event that the Oswego County authorities take no further proceedings upon the conviction of relator on or before July 21, 1952, and in that event directing the discharge of relator.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

Margaret Furman, Appellant, v. City of Lackawanna, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment dismissing plaintiff's complaint in a negligence action. The order set aside the verdict of a jury in favor of plaintiff and granted defendant's motion for a dismissal and for a directed verdict of no cause of action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

Santo Sorrentino, Appellant, v. General Electric Company, Respondent. — Judgment affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.